**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| **H.A.** | : | CIVIL ACTION |
| | : | |
| Plaintiff(s), | : | |
| | : | |
| v. | : | No. 2:25-cv-00174 |
| | : | |
| **SURYA HOTEL CORP. dba MOTEL 6** | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant(s). | : | |

### PLAINTIFF H.A.'s MOTION FOR PROTECTIVE ORDER

AND NOW, comes Plaintiff, H.A., by and through undersigned counsel, who hereby files the within Motion for Protective Order respectfully requesting this Honorable Court order the designation of Plaintiff's identity as H.A. in this matter, and in support thereof states the following:

1. Plaintiff is a survivor of human trafficking and sexual exploitation. This matter involves highly sensitive, traumatic, and personal information. Disclosure of Plaintiff's identity, contact information, or other identifying details could subject Plaintiff to further emotional harm, retaliation, or public exposure.

2. Under Federal Rule of Civil Procedure 26(c), the Court may, for good cause, issue an order to protect a party from "annoyance, embarrassment, oppression, or undue burden or expense." Courts routinely grant protective measures to survivors of sexual assault and human trafficking to protect their privacy and safety. See e.g., *Doe v. Cabrera*, 307 F.R.D 1 (D.D.C. 2014).

1

3.      Here, Plaintiff has demonstrated good cause as she is a survivor of human trafficking and the subject matter of this case involves sexual exploitation, coercion, and trauma.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant her Motion for Protective Order and allow the designation of Plaintiff's identity as H.A. in this matter.

Respectfully submitted,

ALEXANDER SHUNNARAH TRIAL ATTORNEYS

By: _____
Elizabeth F. Phillips, BPR # 041610
Attorneys for Plaintiff
1604 Reggie White Blvd. Ste. 102
Chattanooga, TN 37402
Phone: (423) 417-9210
Facsimile: (423) 719-2006
Email: ephillips@asilpc.com

Dated: **10/17/2025**

2

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this day a copy of the foregoing Motion will be served along with a copy of the pleadings to the attorneys/parties listed below:

**SURYA HOTEL CORP. d/b/a MOTEL 6**

**c/o Registered Agent: Vinay R. Patel**

**255 Heritage Blvd**

**Newport, Tennessee 37821**

Respectfully submitted,

ALEXANDER SHUNNARAH TRIAL ATTORNEYS

By: _____

Elizabeth F. Phillips, BPR # 041610
Attorneys for Plaintiff
1604 Reggie White Blvd. Ste. 102
Chattanooga, TN 37402
Phone: (423) 417-9210
Facsimile: (423) 719-2006
Email: ephillips@asilpc.com

Dated: **10/17/2025**

3