| | | |
|---|---|---|
| **H.A.** | : | CIVIL ACTION |
| | : | |
| Plaintiff(s), | : | |
| | : | |
| v. | : | No. 2:25-cv-00174 |
| | : | |
| **SURYA HOTEL CORP. dba MOTEL 6** | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant(s). | : | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiff's

Motion for Protective Order and Defendants' response thereto, if any, it is ORDERED, Plaintiff's

Motion is GRANTED. Plaintiff's identity shall continue to be designated as H.A. in any public

filings in this matter or any related matter.

BY THE COURT:

_____

# CERTIFICATE OF SERVICE

This is to certify that I have this day a copy of the foregoing Motion will be served along with a copy of the pleadings to the attorneys/parties listed below:

**SURYA HOTEL CORP. d/b/a MOTEL 6**

**c/o Registered Agent: Vinay R. Patel**

**255 Heritage Blvd**

**Newport, Tennessee 37821**

Respectfully submitted,

ALEXANDER SHUNNARAH TRIAL ATTORNEYS

By: _____
Elizabeth F. Phillips, BPR # 041610
Attorneys for Plaintiff
1604 Reggie White Blvd. Ste. 102
Chattanooga, TN 37402
Phone: (423) 417-9210
Facsimile: (423) 719-2006
Email: ephillips@asilpc.com

Dated: **10/17/2025**