UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| H.A., | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-CV-00174-DCLC-CRW |
| | ) | |
| v. | ) | |
| | ) | |
| SURYA HOTEL CORP. d/b/a MOTEL 6, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 4(m), a defendant must be served within 90 days after a complaint is filed. If a plaintiff misses the 90-day deadline, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed.R.Civ.P. 4(m). However, upon a showing of good cause by the plaintiff, "the court must extend the deadline for service for an appropriate period." *Id*.

Plaintiff filed the Complaint in this action on October 17, 2025 [Doc. 1]. A summons was issued as to Defendant Surya Hotel Corp. on that same date [Doc. 6]. The 90-day deadline for service under Rule 4(m) expired on January 15, 2026. To date, Plaintiff has not filed proof of service or waiver of service as to Defendant Surya Hotel Corp.

Accordingly, Plaintiff is **ORDERED** to **SHOW CAUSE** on or before **February 2, 2026**, why this case should not be dismissed without prejudice for failure to prosecute due to the failure to effect service within the time allowed by Rule 4(m).

   **SO ORDERED:**

             s/ Clifton L. Corker         
             United States District Judge