UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| H.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:25-CV-174 |
| | ) | |
| | ) | |
| SURYA HOTEL CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Motion [Doc. 11] seeking leave to late file a response to the Show Cause Order [Doc. 10] directing Plaintiff to show cause on or before February 2, 2026 why this case should not be dismissed for failure to prosecute. Plaintiff also attached a proposed response to the motion. In support of the motion, Plaintiff's counsel states that shortly after the complaint was filed in this matter she resigned from her then-current law firm and moved to a new law firm effective January 1, 2026. She further explains that due to this move, she lost access to her old email inbox, which included notices of electronic filing, and experienced considerable difficulty and delay in regaining access to CM/ECF via her new email address. Plaintiff's counsel only regained control of her CM/ECF account the week of February 16, 2026, at which time she discovered the Court's show cause order and promptly filed the instant motion requesting leave to file a response out of time. Plaintiff's counsel asserts the delay is the result of excusable neglect and that Defendant will suffer no prejudice due to the delay as the statute of limitations for the allegations contained in the complaint in this matter will not run until at least January 1, 2029.

The Court finds Plaintiff's counsel has demonstrated good cause for the delay, and the Motion [Doc. 11] is **GRANTED**. Plaintiff shall file a response to the Court's Show Cause Order [Doc. 10] on or before **February 27, 2026**.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge