UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| H.A., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:25-CV-174 |
| SURYA HOTEL CORP. d.b.a. MOTEL 6, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## **ORDER**

Plaintiff filed a Motion for the admission of J. Alexander Marcinko, Esq. *pro hac vice* in this action [Doc. 14]. The Motion [Doc. 14] is **GRANTED**. Counsel ***MUST*** register immediately as an E-Filer in this district. The registration instructions can be found at the Court's website, www.tned.uscourts.gov, under "For Attorneys" and "Electronic Case Filing."

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge