

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

**FILED**

APR 2 0 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

H.A.

Plaintiff,

v.

Surya Hotel Corp d/b/a Motel 6

Defendant.

Case No. 2:25-cv-00174

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Plaintiff, H.A.

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Florida

☑ **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 04/13/2026

*Ashley Ventrillo*
(Signature—hand signed)

Name: Ashley Ventrillo

Firm: Andreozzi + Foote

Address:

4503 N. Front Street, Harrisburg, PA 17110

Email address: TeamD@vca.law

**Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.**



# UNITED STATES DISTRICT COURT
for the
## Middle District of Florida

## CERTIFICATE OF GOOD STANDING

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that

**Ashley Ventrillo**, Florida Bar # **1065524**, was duly admitted to practice in this

Court on **August 13, 2025**, and is in good standing as a member of the Bar of

this Court.

Dated at: **Orlando, Florida** on April 14, 2026.



Elizabeth M. Warren
Clerk of Court



# U.S. District Court

## Tennessee Eastern - Knoxville

Receipt Date: Apr 21, 2026 8:31AM

Andreozzi & Associates PC
4503 N Front Street
Harrisburg, PA 17110

Rcpt. No: 300007930     Trans. Date: Apr 21, 2026 8:31AM     Cashier ID: #AF (2312)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 111 | Pro Hac Vice | DTNE326BB000001 /001<br>CLERK US DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | | Amt |
|----|--------|--|--|--|-----|
| CH | Check | #3535 | 04/14/2026 | | $150.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $150.00 |
| Total Tendered: | $150.00 |
| Total Cash Received: | $0.00 |

**Comments**: 2:25-cv-174 PHV fee for Ashley Ventrillo

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.