UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

H.A.,

Plaintiff,

vs.

No. 2:25-cv-00174-DCLC-CRW

SURYA HOTEL CORP. d/b/a MOTEL 6,

Defendant.

## NOTICE OF WITHDRAW AS COUNSEL OF RECORD

COMES NOW Plaintiff's counsel, Elizabeth Phillips, and files, pursuant to LR 83.4(f), this Notice of Withdraw as Counsel of Record, giving notice to this Honorable Court and counsel of record that Elizabeth Phillips of Wettermark & Keith, LLC, is withdrawing as counsel of record for the plaintiff in the above-captioned matter.

Under Local Rule 83.4(f), "[w]here a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal." LR 83.4(f) (2026). Here, Plaintiff is represented by multiple counsel of record, and following attorney Elizabeth Phillips' withdraw, Plaintiff will still be represented by Alexander Marcinko of the firm Andreozzi + Foote.

WHEREFORE, attorney Elizabeth Phillips hereby gives notice of her withdrawal as counsel of record and that Plaintiff is still represented by Alexander Marcinko of the firm Andreozzi + Foote.

This the 21st day of April, 2026.

Respectfully submitted,

WETTERMARK & KEITH, LLC


By: _____
Elizabeth F. Phillips, BPR 041610
*Withdrawing Attorney for Plaintiff*
629 Market Street, Suite 101
Chattanooga, TN 37402
P: (423) 558-0819
F: (205) 460-2614
elizabeth@wkfirm.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of April, 2026, the following individuals will be served

a copy of the foregoing Notice of Withdrawal as Counsel of Record via the ECF filing system:

J. Alexander Marcinko
TeamD@vca.law
Andreozzi + Foote
4503 North Front Street
Harrisburg, PA 17110
(t) (717) 525-9124 |
(f) (717) 525-9143

_____
Elizabeth F. Phillips

Page 3