H.A.,                                              )
                                                   )
                Plaintiff,                         )
                                                   )
        v.                                         )
                                                   )        CASE NO. 2:25-CV-174
SURYA HOTEL CORP. d/b/a MOTEL 6,                   )
                                                   )
                Defendants.                        )
                                                   )
                                                   )
                                                   )

## ORDER

Plaintiff filed a Motion for the admission of Ashley Ventrillo, Esq. *pro hac vice* in this action

[Doc. 16]. The Motion [Doc. 16] is **GRANTED**. Counsel ***MUST*** register immediately as an E-

Filer in this district. The registration instructions can be found at the Court's website,

www.tned.uscourts.gov, under "For Attorneys" and "Electronic Case Filing."

        SO ORDERED:

                                            /s/Cynthia Richardson Wyrick
                                            United States Magistrate Judge