Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Vinay R. Patel

was received by me on *(date)* 6·26·2026 .

☑ I personally served the summons on the individual at *(place)* Vinay R. Patel
220 Pleasant Isle Ln. Simpsonville SC 29681 on *(date)* 06·27·2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 68.75 for travel and $ 3.75 *printing* for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06·27·2024

_____
Server's signature

Mara J. Hagood - Process Server
Printed name and title

218 River Oaks Cir Piedmont, SC 29673
Server's address

Additional information regarding attempted service, etc: