**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| **H.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | **No. 2:25-cv-00174** |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **SURYA HOTEL CORP. dba MOTEL 6,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Notice is hereby given of the appearance of Peter C. Robison of the law firm of Lewis Thomason, P.C. as counsel for Defendant, Surya Hotel Corp. dba Motel 6, in the above-styled case. This Notice is given without waiving any objection regarding jurisdiction of this Court and preserving all rights to file motions or otherwise. The clerk is requested to direct all mailings in this case to Peter Robison.

Respectfully submitted:

/s/ Peter Robison
Peter C. Robison, BPR #27498
Lewis Thomason, P.C.
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1366
probison@lewisthomason.com
*Counsel for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of July 2026, a copy of the foregoing Notice of Appearance was filed with the Court. A copy of the following document was sent to the following via Court's ECF system:

J. Alexander Marcinko
Ashley Ventrillo
TeamD@vca.law
Andreozzi + Foote
4503 North Front Street
Harrisburg, PA 17110
*Pro Hac Vice Counsel for Plaintiff*

<u>/s/ Peter Robison</u>
Peter C. Robison
