UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| H. A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25−cv−00174−DCLC−CRW |
| | ) | |
| SURYA HOTEL CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

The Court **NOTIFIES** the parties that a United States Magistrate Judge is available to conduct all proceedings in this case and to order the entry of a final judgment pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and E.D. Tenn. L.R. 7.5 & 72.3. The magistrate judges do not have to delay civil cases for felony trials; therefore, firm trial dates are more likely in the event that the parties consent.

The Court **ORDERS** the parties to discuss the possibility of consenting to the exercise of a magistrate judge's authority in this action. As soon as practicable, and in any event **no later than 45 days from the date of this Order**, the parties **SHALL** complete the attached form and file it. When filing the consent form using the Court's electronic case filing system, the submitting party should use the "Notice of Consent / Non−Consent" event. Should all parties consent, every effort will be made to schedule the trial promptly before the magistrate judge.

The Court may, in some cases, enter a scheduling order prior to the expiration of the 45−day period provided herein. Nonetheless, the parties may consent to the authority of a magistrate judge after entry of a scheduling order. In that event, upon the parties' request and in the discretion of the presiding magistrate judge, a new scheduling order may be entered.

SO ORDERED: August 31, 2026

s/Clifton L Corker
UNITED STATES DISTRICT JUDGE