**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT GREENEVILLE**

| | | |
|---|---|---|
| **H.A.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** |
| | ) | **No. 2:25-cv-00174** |
| **v.** | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| **SURYA HOTEL CORP. d/b/a MOTEL 6,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant Surya Hotel Corp. d/b/a Motel 6 hereby certifies that it is a for-profit corporation operating under the laws of the State of South Carolina, which has no corporate interests to be identified under Federal Rule of Civil Procedure 7.1. It has no parent corporation(s) and no publicly held corporation(s) own 10% or more of its stock.

Respectfully submitted:

LEWIS THOMASON, P.C.

*/s/ Peter Robison*
Peter C. Robison, BPR #27498
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
Phone: 615-259-1366
probison@lewisthomason.com

*/s/ Mikel A. Towe*
Mikel A. Towe, BPR #32404
900 South Gay Street, Suite 300
P.O. Box 2425
Knoxville, TN 37902
Phone: 865-546-4646
mtowe@lewisthomason.com
*Counsel for Defendant Surya Hotel Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August, 2026, a copy of the foregoing was filed with the Court. A copy of the following document was sent to the following via Court's ECF system:

J. Alexander Marcinko
Ashley Ventrillo
ANDREOZZI + FOOTE
4503 North Front Street
Harrisburg, PA 17110
Ashley@vca.law
TeamD@vca.law
*Pro Hac Vice Counsel for Plaintiff H.A.*

*/s/ Peter Robison*
Peter C. Robison