UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| H.A.,<br><br>Plaintiff,<br><br>vs.<br><br>SURYA HOTEL CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 2:25-CV-174 |

**ORDER**

A scheduling conference in this matter will be held on **Monday, October 5, 2026, at 11:00 a.m. EST** by in-chambers teleconference. To participate in the hearing by telephone, counsel should call 1-865-351-1313 and enter access code 559 857 706# at the appointed time.

SO ORDERED:

/s/Cynthia Richardson Wyrick
United States Magistrate Judge